# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**KEVIN LUND,**<br><br>Defendant. | 16-po-5134-JTJ<br>VIOLATION:<br>**6027464**<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $165.00 and a $30.00 processing fee for VN 6027464 for a total amount of $195.00 in full by October 20, 2016. Payments should be mailed to the following address:

    Clerk of Court
    United States District Court
    Missouri River Courthouse
    125 Central Avenue West, Suite 110
    Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for September 22, 2016, is VACATED.

DATED this 21st day of September, 2016.

John Johnston
United States Magistrate Judge